IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>CHUEN FAT YIP, et al. | Case No. 3:18-CR-478-L |

## **ORDER**

Before the court is the Government's Motion to Unseal the Indictment. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the court **directs** the clerk of court to **unseal** this case and the Indictment.

**It is so ordered** this 11th day of March, 2021.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Order – Solo Page